UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA : 

        v.            :          CRIMINAL NO. 3:04CR00149(JBA)

ROTAIR INDUSTRIES, INC.     :

## **AMENDED   JUDGMENT**

The above named defendant was sentenced on July 29, 2004,  following its conviction on a violation of 22 U.S.C.  § 2778 and 22 C.F.R. § 120, Arms Export Control Act and Internal Trafficking in Arms Regulations, to five (5) years' probation.   After a hearing on September 7, 2007 and pursuant to Rule 32.1(c)(1), the original Judgment and Commitment order is amended to include the following additional special conditions:

1) Rotair Industries shall ensure that Herbert Harrington, Jr. is not involved either directly or indirectly in the day to day management or operations of the company, and shall disregard his directions contained in  his letter dated August 6, 2007. Rotair Industries is to promptly notify the U.S. Probation Office if Herbert Harrington, Jr. attempts to involve himself in any way with the operation of the company;

2) The Voting Trust Agreement shall remain in effect throughout the term of Rotair Industries' probation;

3) The Administrative Compliance Agreement shall remain in effect throughout the term of Rotair Industries' probation and;

4) If Rotair Industries' export license is reinstated, Rotair Industries is to provide information regarding its exportation compliance program to the U.S. Probation Office.

All other respects the original Judgment and Commitment Order remain the same and in force.

Signed this 26th day of September 2007, in New Haven, Connecticut.

        _____/s/_____
        The Honorable Janet Bond Arterton
        U.S. District Judge